# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1158**

**CAF 10-02523**

PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF RAYMOND L. MAGARA, JR.,
PETITIONER-APPELLANT,

V                                                                        ORDER

LAURIE M. RIORDAN-MAGARA, RESPONDENT-RESPONDENT.

---

EMILY A. VELLA, SPRINGVILLE, FOR PETITIONER-APPELLANT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Cattaraugus County (Michael L. Nenno, J.), entered November 17, 2010 in a proceeding pursuant to Family Court Act article 8.  The order dismissed the petition.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 10, 2011                                Patricia L. Morgan
                                                          Clerk of the Court